IN RE: OPENINGS, DBA Total Door, Appellant

2016-2307

United States Court of Appeals, Federal Circuit.

October 11, 2017

DANIEL I. KONIECZNY, Tabet DiVito & Rothstein, LLC, Chicago, IL, argued for appellant. Also represented by MEREDITH MARTIN ADDY.

THOMAS L. CASAGRANDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, CHRISTINA HIEBER, MARY BETH WALKER.

(Dyk, O'Malley, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**